UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-33228 |
|---|---|
| LINDA L ADKINS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4030226**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 16 | NATIONWIDE COLLECTIONS INC<br>BOX 1352<br>FORT PIERCE, FL  34954 | 4.93 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/31/2010

Certificate of Service 08-33228

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| LINDA L ADKINS<br>7370 CAPRI WAY #8<br>MAINEVILLE, OH 45039 | MITCHELL W ALLEN<br>5947 DEERFIELD BLVD<br>SUITE 201<br>MASON, OH 45040 | (26.1n)<br>AMERICREDIT<br>% ALICE WHITTEN<br>BOX 183853<br>ARLINGTON, TX 76096 |
| (29.1n)<br>ECMC<br>BOX 8809<br>RICHMOND, VA 23225 | (31.1n)<br>ERNEST D DUCEY<br>PO BOX 525<br>TOLEDO, OH 43697 | (24.1n)<br>GE MONEY BANK % REC MGNT SYS<br>ATTN RAMESH SINGH<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131 |
| (16.4)<br>NATIONWIDE COLLECTIONS<br>805 VIRGINIA AVE<br>SUITE 15<br>FORT PIERCE, FL 34982 | (16.3)<br>NATIONWIDE COLLECTIONS<br>STE 1<br>805 VIRGINIA AVE<br>FORT PIERCE, FL 34982 | (16.1)<br>NATIONWIDE COLLECTIONS INC<br>BOX 1352<br>FORT PIERCE, FL 34954 |
| (25.1n)<br>SPRINT NEXTEL<br>SPRINT BANKRUPTCY<br>BOX 7949<br>OVERLAND PARK, KS 66207 | | |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    sv